UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOHNNY JONES                                                    CIVIL ACTION

VERSUS                                                          NO. 09-4481

BURL CAIN, WARDEN                                               SECTION "A" (5)

## ORDER

The Court having considered the petition, the record, the applicable law, and Plaintiff's objections to the magistrate judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Accordingly;

**IT IS ORDERED** that Plaintiff's complaint should be and is hereby **DISMISSED WITH PREJUDICE**.

September 22, 2010

_____
UNITED STATES DISTRICT JUDGE